

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-16-00287-CV

**IN THE INTEREST OF M.S. AND D.S., MINOR CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0046-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

Although the reporter's record was due on June 6, 2016, no reporter's record has been filed. *See* TEX. R. APP. P. 35.1(b) (requiring the reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). It is therefore ORDERED that the reporter's record must be filed in this appeal no later than ten days from the date of this order. *See id*. 35.3(c) (limiting extensions of time in an accelerated appeal). No motions for extension of time will be granted absent extenuating circumstances. *See id.*

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court